IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUSTIN BRITT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| LORIE DAVIS, *Director, TDCJ*, ) | |
| ) | |
| Respondent. ) | Civil Action No. 3:17-CV-3450-C-BT |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 be dismissed for want of prosecution. Petitioner failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered petition under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

SO ORDERED this 26th day of June, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE